Ja Vonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for: Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, it assignees and/or successors, and the servicing agent Bank of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-44207-J |
| **Bonita Yvette Mcgee** | § | |
| **Johnny Ray Mcgee** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors, in the above referenced bankruptcy case:

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Dated: 4/25/2011            McCarthy & Holthus, LLP

By: /s/ Joseph Chun, Esq.
Joseph Chun, Esq.,
Attorney for Secured Creditor

| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Joseph Chun, Esq. SBN 240208 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: |
| 7 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, it assignees and/or successors, and the servicing agent Bank of America |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-44207-J |
| | ) |
| Bonita Yvette Mcgee | ) RS No.: <u>JSC</u> |
| Johnny Ray Mcgee, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF NOTICE** |
| | ) **OF APPEARANCE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Date: |
| | ) Time: |
| | ) Ctrm: |
| | ) Place: |
| | ) |
| | ) |
| | ) Judge: Edward D. Jellen |
| | ) |
| | ) |
| | ) |

# CERTIFICATE OF SERVICE

On 4/25/2011, I served the foregoing documents described as NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Patrick L. Forte
plforte@sonic.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

    /s/ Amanda Botelho
    Amanda Botelho

On 4/25/2011, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Bonita Yvette Mcgee
2051 DeAnza Lane
Hercules, CA 94547

Johnny Ray Mcgee
2051 DeAnza Lane
Hercules, CA 94547

COUNSEL FOR DEBTOR
Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

UNITED STATES TRUSTEE

| | |
|---|---|
| 1 | 1301 Clay St #690N |
| 2 | Oakland, CA 94612 |
| 3 | |
| 4 | **I declare under penalty of perjury under the laws of the United States of America** |
| 5 | **that the foregoing is true and correct.** |
| 6 | Dated: 4/25/2011        /s/ David Fry |
| 7 |                                                  David Fry |