Entered on Docket
June 14, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 13, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-44207 EDJ

**JOHNNY RAY McGEE and**                  Chapter 13
**BONITA YVETTE McGEE,**

         **Debtors.**                ORDER VALUING LIEN OF GMAC
                                          MORTGAGE AS SUCCESSOR IN
                                          INTEREST TO HOMECOMINGS
                                          FINANCIAL LLC AKA HOMECOMINGS
                                          FINANCIAL NETWORK INC
_____/        _____

    On May 16, 2011, Johnny and Bonita McGee (hereinafter Debtors) served a motion to value the lien of GMAC Mortgage as successor in interest to Homecomings Financials LLC aka Homecomings Financials Network Inc (hereinafter Lienholder) against the property commonly known as 2051 DeAnza Lane, Hercules, CA 94547, which lien was recorded in Contra Costa County on or about August 30, 2007 as document 0247743-00 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Johnny & Bonita McGee
2051 DeAnza Lane
Hercules, CA 94547

Attn: Officer or Managing Agent
GMAC Mortgage, LLC
1100 Virginia Dr.
Fort Washington, PA 19034

Attn: Officer or Managing Agent
GMAC Mortgage, LLC
C/o CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

Attn: Officer or Managing Agent
Homecomings Financial, LLC
8400 Normandale LK Blvd Ste 350
Bloomington, MN 55437

Attn: Officer or Managing Agent
Homecomings Financial, LLC
C/o CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

Attn: Officer or Managing Agent
Aurora Loan Services
10350 Park Meadows Dr.
Littleton, CO 80124

Attn: Officer or Managing Agent
Aurora Loan Services LLC
C/o CSC- Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833
/
/
/
/

| | |
|---|---|
| 1 | Attn: Officer or Managing Agent<br>Aurora Loan Services LLC |
| 2 | C/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 4 | |
| 5 | Attn: Joseph Chun, Esq.<br>BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP |
| 6 | its assignees and/or successors, and the servicing agent Bank of America |
| 7 | C/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue |
| 8 | San Diego, CA 92101 |
| 9 | Attn: Arnold L. Graff<br>Aurora Loan Services LLC |
| 10 | C/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 11 | P.O. Box 17933<br>San Diego, CA 92177-0933 |