ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 11-44207 |
| Johnny Ray McGee and Bonita Yvette McGee, | RS No. ETL - 1032 |
| Debtors. | Chapter 13 |
| Green Tree Servicing, LLC, and its successors and/or assignees, | **GREEN TREE'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | HEARING DATE: |
| vs. | DATE: November 18, 2011 |
| Johnny Ray McGee and Bonita Yvette McGee, Debtors, and Martha G. Bronitsky, Trustee, | TIME: 10:00am |
| | CTRM: 215 |
| Respondents. | |

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      Green Tree Servicing, LLC, and its successors and/or assignees ("Green Tree"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 2422 Branchwood Court Unit 37, Richmond, CA 94806.

      Debtors in the above numbered Chapter 13 Case has failed to make post-petition

MOTION FOR RELIEF       1
JM\GTS\101381

payments.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: October 20. 2011　　　　　　　　Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Erica T. Loftis*
　　ERICA T. LOFTIS
　　Attorneys for Movant