```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-44207 MEH** |
| **JOHNNY RAY MCGEE and BONITA YVETTE MCGEE,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing August 2014 debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:

In June, 2014, Johnny Ray McGee, debtor, had a stroke, as a result of the stroke Mr. McGee is unable to continue working any longer. He will not be receiving disability or any other income.

Dated: September 2, 2014

                                                                /s/ Anne Y. Shiau
                                                                ANNE Y. SHIAU
                                                                Attorney for Debtors