1   PATRICK L. FORTE #80050
     ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
     One Kaiser Plaza, #480
3   Oakland, CA 94612
     Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors

**The following constitutes**
**the order of the court. Signed October 13, 2014**

M. Elaine Hammond

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10   **In re:**                       **Case No. 11-44207 MEH**

11   **JOHNNY RAY MCGEE and**          **Chapter 13**
     **BONITA YVETTE MCGEE,**

12                               **ORDER MODIFYING CHAPTER 13 PLAN**
                  **Debtors.**
13   _____/

14      The above named debtors having served a Motion to Modify Chapter 13

15   Plan on September 3, 2014, and any opposition, if received, having been

16   resolved and good cause appearing therefor;

17

18      **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

19      Commencing August 2014 debtors will pay $100.00 per month to the

20   Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority

21   creditors shall be paid on a pro-tanto basis.

22                            \*\*END OF ORDER\*\*

23

24

25

26

Page 1 of 2

1       <u>**COURT SERVICE LIST**</u>

2       'No physical service required'

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26